Peter Perkowski (SBN 199491)
peter@perkowskilegal.com
PERKOWSKI LEGAL, PC
515 S. Flower St., Suite 1800
Los Angeles, CA 90071
Tel: (213) 340-5796

RONALD M. DAIGNAULT (*pro hac vice* to be filed)
rdaignault@daignaultiyer.com
CHANDRAN B. IYER (*pro hac vice* to be filed)
cbiyer@daignaultiyer.com
DAIGNAULT IYER LLP
8229 Boone Boulevard, Suite 450
Vienna, VA 22182
Phone: (917) 838-9795

Attorneys for Plaintiff
IN 2 DEVELOPMENTS LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN 2 DEVELOPMENTS LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> GLOBE ELECTRIC COMPANY (U.S.A.), INC., <br><br> *Defendant.* | Case No. 5:25-cv-209 <br><br> **COMPLAINT FOR PATENT INFRINGEMENT** <br><br><br> *JURY TRIAL DEMANDED* |

Plaintiff IN 2 Developments LLC ("IN 2" or "Plaintiff") files this Complaint against Globe Electric Company (U.S.A.), Inc., ("Globe Electric" or "Defendant") for patent infringement of United States Patent Nos. 9,702,510 and 9,995,436 (collectively, the "Patents-in-Suit") and alleges as follows:

## JURISDICTION

1. This action arises under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq.* Accordingly, this Court has subject matter jurisdiction under at least 28 U.S.C. §§ 1331 and 1338(a).

# PARTIES

2. Plaintiff IN 2 is a limited liability company organized under the laws of the State of Minnesota with its principal place of business in Crosby, Minnesota.

3. Plaintiff's principal, Mr. Deloren E. Anderson, is the CEO/Owner of IN 2, which owns the patents-in-suit.

4. On information and belief, Defendant Globe Electric is a corporation organized and existing under the laws of the State of Delaware with a principal place of business at 2264 East 6th Street, San Bernadino, California 92410.

5. Globe Electric is a multi-national enterprise that designs, develops, manufactures, and sells lighting, bulbs, LED, and electrical products as well as other energy-related consumer goods.

6. This Court has personal jurisdiction over Globe Electric because it has a principal place of business in San Bernardino, making its contacts with the State of California "so continuous and systematic" that it can be said to be "at home" in this State and this judicial district.

7. Alternatively, this Court has personal jurisdiction over Globe Electric under California's long-arm statute because it has sufficient contacts with the State such that the exercise of jurisdiction would be reasonable, and the claims in the action arise out of those contacts.

8. Globe Electric's contacts with California include, without limitation (a) a substantial operational presence within California and this judicial district, including many employees working at its San Bernardino location, and (b) conducting and soliciting business in the State, including selling and distributing goods—including without limitation the accused products—to residents of the State and deriving substantial revenue from such sales and distribution.

9. In addition, on information and belief, Globe Electric has committed, and continues to commit, acts of infringement in California. On information and belief, Globe Electric makes, offers to sell, or sells a variety of LED lightbulbs in this

State, including without limitation its 7.5W (60W Equivalent) Vintage Edison E26 LED bulbs and other bulbs that rely on, use, or employ the same or similar design and construction (collectively and individually, as "Globe Electric Products"), which infringe one or more claims of each of the Patents-in-Suit.

10. The above-listed contacts are the result of deliberate and intentional conduct, purposely directed toward California, on the part of Globe Electric. Plaintiff's claims against Globe Electric arise from these California contacts.

11. Given these extensive and purposeful contacts with New York, exercising personal jurisdiction over Globe Electric would be reasonable and consistent with due process.

12. Venue is proper in this judicial district under at least 28 U.S.C. § 1391 or § 1400(b) because Defendant has a regular and established place of business located within this district, or because Defendant has committed acts of infringement by offering to sell or selling the infringing Globe Electric Products within this judicial district, or both.

## THE ASSERTED PATENTS

### *United States Patent Nos. 9,702,510 and 9,995,436*

13. On July 11, 2017, the United States Patent and Trademark Office ("USPTO") duly and legally issued United States Patent No. 9,702,510 ("the '510 patent") entitled "LED LIGHT BULB" to inventor Deloren E. Anderson.

14. The '510 patent is presumed valid under 35 U.S.C. § 282.

15. IN 2 owns all rights, title, and interest in the '510 patent.

16. IN 2 has not granted Globe Electric a license to the rights under the '510 patent.

17. On Jun 12, 2018, the United States Patent and Trademark Office ("USPTO") duly and legally issued United States Patent no. 9,995,436 ("the '436 patent") entitled "LED LIGHT BULB" to inventor Deloren E. Anderson.

18. The '436 patent is presumed valid under 35 U.S.C. § 282.

19. IN 2 owns all rights, title, and interest in the '436 patent.

20. IN 2 has not granted Globe Electric a license to the rights under the '436 patent.

21. The '510 and '436 patents observed that, at the time of the invention, traditional lighting solutions did not fully capitalize on the benefits of LEDs, which included longer lifespans and higher energy efficiency. There was a need for light bulbs that combined these advantages of LEDs with conventional designs for broader acceptance and application.

22. The claimed invention(s) of the '510, and '436 patent sought to solve these problems with the integration of LED circuitry into the structure of conventional light bulbs, and improve upon existing light bulb designs.

23. The '510 and '436 patents describe as one implementation, among other things, the use of a substantially cylindrical elongated filament that is supported by conductive contacts and encased in a bulb, with LED channels disposed within the filament to enhance lighting efficiency and longevity.

24. The specification of the '510 and '436 patents and the invention(s) claimed in the patent solve, among other things, various technological problems inherent in integrating LED technology into traditional bulb designs by creating a light bulb that (1) includes an Edison style base, (2) features LED circuitry coupled to the base, (3) employs a conductive structure with proximal and distal contacts, (4) incorporates an elongated filament that extends into the bulb and is encased by it, (5) integrates an LED channel within the filament, and (6) contains an inert gas within the bulb.

## CLAIMS FOR RELIEF

### Count I – Infringement of the '510 Patent by Globe Electric

25. IN 2 realleges and incorporates by reference, as if fully set forth here, the allegations of the previous paragraphs above.

26. On information and belief, Globe Electric infringes (literally and/ or under the doctrine of equivalents) at least claim 1 of the '510 patent because it makes, sells, imports and/ or offers to sell the Globe Electric Products in the United States in violation of 35 U.S.C. § 271(a).

27. On information and belief, and as shown below, the Globe Electric Products exhibit a light bulb comprising an Edison style base.



28. On information and belief, and as shown below, the Globe Electric Products exhibit a light bulb comprising light emitting diode circuitry coupled to the base.



29. On information and belief, and as shown below, the Globe Electric Products exhibit a light bulb comprising a conductive structure including a proximal contact that is proximate the base and a first distal contact that is distal from the base.



30. On information and belief, and as shown below, the Globe Electric Products exhibit a light bulb comprising a bulb sealed about the base and extending above the base.



31. On information and belief, and as shown below, the Globe Electric Products exhibit a light bulb comprising a substantially cylindrical elongated filament end by the first proximate contact […]



[…] and supported on a first distal filament end by the first distal contact, the filament extending from the base into the bulb above the base, […]



///

[…] wherein the bulb entirely encases the elongated filament.

32. On information and belief, and as shown above and below, Globe Electric Products exhibit a light bulb comprising a light emitting diode channel disposed within the filament, coupled to the light emitting diode circuitry, and extending into the bulb above the base.





Figure 1. Filament manufacturing process

*See e.g.*, https://www.ledinside.com/knowledge/2015/2/the_next_generation_of_led_filament_bulbs.

33. On information and belief, and as shown above and below, the Globe Electric Products exhibit a light bulb comprising an inert gas disposed within the bulb.



*See e.g.*, https://www.candexlighting.com/blogs/aboutlights/back-to-the-future-with-led-filament-bulbs#:~:text=LED%20filaments%20are%20made%20up,color%20emitted%20by%20the%20bulb.

34. On information and belief, Globe Electric directly infringes at least claim 1 of the '510 patent in violation of 35 U.S.C. § 271(a) by making, using, selling, or offering to sell the infringing Globe Electric Products.

35. Globe Electric's direct infringement has damaged IN 2 and caused it to suffer and continue to suffer irreparable harm and damages.

### Count II – Infringement of the '436 Patent by Globe Electric

36. All prior paragraphs are incorporated into this claim.

37. On information and belief, Globe Electric infringes (literally and/ or under the doctrine of equivalents) at least claim 1 of the '436 patent because it makes, sells, imports and/ or offers to sell the Globe Electric Products in the United States in violation of 35 U.S.C. § 271(a).

38. On information and belief, and as shown below, the Globe Electric Products exhibit a light bulb comprising an Edison style base.



///

///

39. On information and belief, and as shown below, the Globe Electric Products exhibit a light bulb comprising light emitting diode circuitry coupled to the base.



40. On information and belief, and as shown below, the Globe Electric Products exhibit a light bulb comprising a conductive structure including a proximal contact that is proximate the base and a first distal contact that is distal from the base.



///

41.     On information and belief, and as shown below, the Globe Electric Products exhibit a light bulb comprising a bulb sealed about the base and extending above the base.



42.     On information and belief, and as shown below, the Globe Electric Products exhibit a light bulb comprising an elongated filament […]



[…] supported on a first proximate filament end by the first proximate contact and supported on a first distal filament end by the first distal contact, the filament extending from the base into the bulb above the base […]



[…] wherein the bulb entirely encases the elongated filament.

43.   On information and belief, and as shown above and below, Globe Electric Products exhibit a light bulb comprising a light emitting diode disposed within the filament, coupled to the light emitting diode circuitry, and extending into the bulb above the base.





Figure 1. Filament manufacturing process

*See e.g.*, https://www.ledinside.com/knowledge/2015/2/the_next_generation_of_led_filament_bulbs.

14
COMPLAINT

44. On information and belief, and as shown above and below, the Globe Electric Products exhibit a light bulb comprising an inert gas disposed within the bulb.



*See e.g.*, https://www.candexlighting.com/blogs/aboutlights/back-to-the-future-with-led-filament-bulbs#:~:text=LED%20filaments%20are%20made%20up,color%20emitted%20by%20the%20bulb.

45. On information and belief, Globe Electric directly infringes at least claim 1 of the '436 patent in violation of 35 U.S.C. § 271(a) by making, using, selling, or offering to sell the infringing Globe Electric Products.

46. Globe Electric's direct infringement has damaged IN 2 and caused it to suffer and continue to suffer irreparable harm and damages.

## PRAYER FOR RELIEF

IN 2 respectfully requests this Court to enter judgment in IN 2's favor against Globe Electric as follows:

A. finding that Globe Electric has infringed one or more claims of the '510 patent under 35 U.S.C. § 271(a);

B. finding that Globe Electric has infringed one or more claims of the '436 patent under 35 U.S.C. § 271(a);

C. awarding IN 2 damages under 35 U.S.C. § 284, or otherwise permitted by law, including supplemental damages for any continued post-verdict infringement;

D. awarding IN 2 pre-judgment and post-judgment interest on the damages award and costs;

E. awarding the costs of this action (including all disbursements) and attorney fees pursuant to 35 U.S.C. § 285, or as otherwise permitted by the law; and,

F. awarding such other costs and further relief that the Court determines to be just and equitable.

## JURY DEMAND

Under Federal Rule of Civil Procedure 38(b), IN 2 hereby requests a trial by jury on all issues so triable.

Dated: January 25, 2025

**PERKOWSKI LEGAL, PC**

**DAIGNAULT IYER LLP**

By:   /s/ Peter Perkowski
        Peter E. Perkowski

Attorneys for Plaintiff
IN 2 DEVELOPMENTS LLC